1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22
23

| DIANE FISHER, | CASE NO: CV12-02035-GW-MRW |
|---|---|
| Plaintiff, | [Los Angeles County Superior Court Case No: BC475002] |
| v. | **[DISCOVERY MATTER]** |
| U.S. BANCORP, US BANK N.A.; SONIA MARTINEZ; TAMI WILLIAMS, and DOES 1 through 20, inclusive, | **[PROPOSED] ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS** |
| Defendants. | Trial Date: |

24
25
26
27
28

-1-
[PROPOSED] ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS

4841-8379-4447\1

-2-

## ORDER

WHEREAS, plaintiff Diane Fisher and defendants U.S. Bank National Association, Sonia Martinez, and Tami Williams have entered into a Stipulated Order Governing the Designation and Handling of Confidential Materials in the above-referenced matter attached hereto as Exhibit A;

IT IS HEREBY ORDERED THAT:

The Stipulated Order Governing the Designation and Handling of Confidential Materials attached hereto as Exhibit A is approved and so ordered.

IT IS SO ORDERED.

DATED:   April 30, 2012            By            /s/ Judge Wilner _____
                                       Hon. Michael R. Wilner
                                       Magistrate Judge of the United States
                                       District Court for the Central District
                                       of California