1  TONI J. JARAMILLA (SBN 174625)
   toni@tjjlaw.com
2  TONI J. JARAMILLA, A PROFESSIONAL LAW CORP.
   10100 Santa Monica Blvd., Suite 300
3  Los Angeles, CA  90067
   Telephone: (310) 551-3020
4  Facsimile: (310) 551-3019

5  SUPREETA SAMPATH (SBN 232190)
   supreeta@sampathlaw.com
6  THE SAMPATH LAW FIRM
   10100 Santa Monica Blvd., Suite 300
7  Los Angeles, CA  90067
   Telephone: (310) 772-2214
8  Facsimile:  (310) 499-5290

9  Attorneys for Plaintiff Diane Fisher

11 MANDANA MASSOUMI (SBN 191359)
   massoumi.mandana@dorsey.com
   JILL HAMMERBECK (SBN 258138)
12 hammerbeck.jill@dorsey.com
   DORSEY & WHITNEY LLP
13 600 Anton Blvd., Suite 2000
   Costa Mesa, CA  92626
14 Telephone:  (714) 800-1400
   Facsimile:  (714) 800-1499

16 Attorneys for Defendants U.S. Bank National
   Association (erroneously sued herein as U.S.
   Bancorp); Tami Williams and Sonia Martinez

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FISHER, | CASE NO.  CV12-2035 GW (MRWx) |
| Plaintiff, | [LOS ANGELES COUNTY SUPERIOR COURT CASE NO. BC475002] |
| v. | **ORDER RE: DISMISSAL** |
| U.S. BANCORP, a California Corporation; US BANK, US BANK N.A.; SONIA MARTINEZ, an individual; TAMI WILLIAMS, an individual; and DOES 1 through 20, Inclusive, | Date Filed: February 1, 2012<br>Date Removed: March 9, 2012 |
| Defendants. | |

1

[PROPOSED] ORDER RE: DISMISSAL

# ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having taken under submission the Joint Stipulation Re: Dismissal submitted by the parties before it, hereby *orders* the dismissal of this action and all parties in its entirety with prejudice.

IT IS SO ORDERED.

Dated: July 27, 2012

_____
Honorable George H. Wu
United States District Judge